IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ) | No. C 11-4705 JSW (PR) |
| ) | |
| JOHN BARROS, ) | **ORDER OF DISMISSAL** |
| ) | |
| Plaintiff. ) | |
| ) | |
| _____ ) | |

This case was opened when, on September 21, 2011, the Court received a letter from Plaintiff, a prisoner of the State of California. Although the Clerk filed the letter as a "Complaint," it is not a complaint. It sets forth a narrative about prison medical care, but it does not name any defendants, state any causes of action, or specify the relief being sought. Consequently, on the day the letter was filed, the Clerk notified Plaintiff that he must file either a complaint or an or a petition within thirty days or the case would be dismissed and the file closed. It appears from Plaintiff's further correspondence that he did not intend to file a complaint in this Court (*see* Docket No. 4), and in any event he has not done so in response to the Court's notice. Plaintiff has also not responded to the deficiency notice regarding his failure to pay the filing fee or file an in forma pauperis application, and he was warned that no response would also result in the dismissal of this action. Consequently, this case is DISMISSED without prejudice.

The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

DATED: December 21, 2011

JEFFREY S. WHITE
United States District Judge

|     |     |
| --- | --- |
| 1   | UNITED STATES DISTRICT COURT |
| 2   | FOR THE |
| 3   | NORTHERN DISTRICT OF CALIFORNIA |

JOHN BARROS,

        Plaintiff,

  v.

// et al,

        Defendant.

Case Number: CV11-04705 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 21, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Barros
J59462
P.O. Box 409060
Ione, CA 95640

Dated: December 21, 2011

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk